An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| FRANCISCO RAMIREZ-ARRENDONDO AND ROHENA RAMIREZ-ARRENDONDO, HUSBAND AND WIFE AS JOINT TENANTS,<br>Appellants,<br>vs.<br>WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC; AND NATIONAL DEFAULT SERVICING CORPORATION,<br>Respondents. | No. 59887<br><br>**FILED**<br><br>AUG 23 2013<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

*ORDER DISMISSING APPEAL*

Pursuant to the parties' August 5, 2013, stipulation, this appeal is hereby dismissed.[1] The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

---

[1]The parties' stipulation does not indicate whether appellants are dismissing their appeal with respect to respondent National Default Servicing Corporation. Nonetheless, because respondent Wells Fargo Bank, N.A., and National Default Servicing Corporation are represented by the same counsel, and in light of this court's July 23, 2013, order to show cause, we construe the stipulation as the parties' agreement to dismiss this appeal in its entirety.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-25046

cc:    Hon. Patrick Flanagan, District Judge
        Mark L. Mausert
        Tiffany & Bosco, P. A.
        Washoe District Court Clerk